**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RICHARD MAXWELL<br>Plaintiff | CIVIL ACTION |
| vs.<br>CREDIT BUREAU COLLECTION<br>SERVICES, INC.<br>Defendant | NO. 09-766 |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, RICHARD MAXWELL, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

BY: /s/ Bruce K. Warren
Bruce K. Warren, Esquire
Attorney for Plaintiff
Attorney I.D. #89677
Warren & Vullings, LLP
1603 Rhawn Street
Philadelphia, PA 19111
215-745-9800